### STATE of Missouri, Respondent,

### v.

### Dequan A. HAWKINS, Appellant.

### WD 76583

Missouri Court of Appeals,
Western District.

Filed: February 17, 2015

Motion for Rehearing and/or Transfer to Supreme Court Denied March 31, 2015

Application for Transfer Denied May 26, 2015

Robert J. Bartholomew, Jr., Jefferson City, MO for respondent,

Jeannette L. Igbenebor, Kansas City, MO for appellant.

Before Division One: Thomas H. Newton, Presiding Judge, Lisa White Hardwick and Anthony Rex Gabbert, Judges

### ORDER

Per Curiam

Following a jury trial, Dequan Hawkins appeals from his convictions for second degree murder and armed criminal action. Hawkins contends the circuit court erred in overruling his objection to the jury's request to replay a witness's videotaped interview during deliberations, because the videotape was testimonial and unfairly bolstered the witness's statement. After a thorough review of the record, we find no error and affirm the judgment of convictions. A formal, published opinion would serve no jurisprudential purpose; however, a memorandum explaining the reasons for our decision has been provided to the parties.

AFFIRMED. Rule 30.25(b).